RECEIVED
IN ALEXANDRIA, LA.

NOV - 6 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JAMES HOUSTON HICKS

DOCKET NO.: 1:10-cv-00020

VERSUS

JUDGE JAMES T. TRIMBLE, JR
MAGISTRATE JUDGE JAMES D. KIRK

INSURANCE CO. OF CORRECTIONS
    CORP. OF AMERICA, ET AL.

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that all motions for summary judgment (Doc. 58, 66, 91, 101, 111) are **DENIED** as premature.

IT IS FURTHER ORDERED that all official capacity claims against Wilkinson, Thomas, Pacheco, Morgan, Stevens, Lucas, Glover, Dugan, Sanders, Johnson, Flowers, Mac, Martin and Melton are **DENIED and DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that all claims for injunctive relief are **DENIED and DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that all claims against all defendants for conducting or allowing strip searches to be conducted without probable cause are **DENIED and DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that all claims against all defendants

for conducting or allowing strip searches to be conducted by non-medical personnel are **DENIED and DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all claims against all defendants for conducting or allowing strip searches to be conducted in unsanitary conditions are **DENIED and DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Hicks' only remaining claim, that strip searches were conducted in view of others in violation of the Fourth Amendment, go forward.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____5th____ day of ____November____, 2012.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE