RECEIVED
JUL 10 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES HOUSTON HICKS | CIVIL ACTION NO. 10-020 |
| VERSUS | JUDGE TRIMBLE |
| INS. CO. OF CORRECTIONS CORPORATION OF AMERICA, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein,[1] and after independent (de novo) review of the record, including the objections filed herein, and having determined that the findings and recommendations are correct under applicable law; it is hereby

**ORDERED** that defendants' Motion to Dismiss and for Summary Judgment[2] is **DENIED** in all respects.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 10th day of July, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 171.
[2] R. 164.